Same case below, 49 So. 3d 747.

**No. 10-1309. Alvin Peterson, Petitioner v. United States.**

563 U.S. 1034, 131 S. Ct. 2972, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4199.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 632 F.3d 1038.

**No. 10-1312. Jimmie Vickers, Petitioner v. Weeks Marine, Inc., et al.**

563 U.S. 1034, 131 S. Ct. 2973, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4357.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 656.

**No. 10-1326. John Fulton, Petitioner v. Illinois.**

563 U.S. 1034, 131 S. Ct. 2973, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4201.

June 6, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1185, 376 Ill. Dec. 785, 1 N.E.3d 118.

**No. 10-1327. Jussi K. Kivisto, Petitioner v. The Florida Bar.**

563 U.S. 1034, 131 S. Ct. 2973, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4317,

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

**No. 10-1342. Joseph R. Amedson, Petitioner v. Washington State Board of Pharmacy, et al.**

563 U.S. 1034, 131 S. Ct. 2974, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4348.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 157 Wash. App. 1037.

**No. 10-1345. Carolyn Britton, Petitioner v. Commissioner of Internal Revenue.**

563 U.S. 1034, 131 S. Ct. 2974, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4363.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-1352. Larry J. Wadsworth, et ux., Petitioners v. Commissioner of Internal Revenue.**

563 U.S. 1034, 131 S. Ct. 2974, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4324,

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 289.

**No. 10-1362. John Herdean, Petitioner v. United States.**

563 U.S. 1034, 131 S. Ct. 2977, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4344.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.